# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D23-2818
Lower Tribunal No. 2022-DR-1474

————————————————

JEFFREY UNNERSTALL,

Appellant,

v.

CYNTHIA UNNERSTALL,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and LAMBERT, B.D., Associate Judge, concur.


Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Adam Pollack, of Law Office of Adam L. Pollack, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED